# EXHIBIT A

FILED

NOV 1 8 2021

YAKIMA COUNTY
DISTRICT COURT

IN THE DISTRICT COURT OF WASHINGTON
IN AND FOR THE COUNTY OF YAKIMA

GARY LOFLAND,

    Plaintiff,

vs.

PHILLIPS NORTH AMERICA, LLC., a Delaware corporation registered with the Washington Secretary of State and doing business in the State of Washington,

    Defendant.

NO. Y21-0A980

COMPLAINT

COMES NOW Plaintiff GARY LOFLAND, and by way of Complaint against the Defendant states and alleges as follows:

## 1. PARTIES

1.1    The plaintiff Gary Lofland is a married a man who resides in Yakima, Washington.

1.2    The defendant Philips North America LLC. Is a Delaware corporation registered with the Washington Secretary of State and doing business in the State of Washington.

Complaint-1

LAW OFFICES OF
MEYER, FLUEGGE & TENNEY, P.S.
230 South Second Street · P.O. Box 22680
Yakima, WA 98907-2680
Telephone (509) 575-8500

## 2. JURISDICTION

2.1   The District Court as jurisdiction pursuant to RCW 3.66.020.

## 3. VENUE

3.1   Venue is proper in Yakima County pursuant to RCW 4.12.025 because the defendant transacted business in Yakima County.

## 4. FACTUAL BACKGROUND

4.1   Philips manufactures, markets, sells, and distributes a variety of products for sleep and home respiratory care.

4.2   On or about August 22, 2019 Lofland purchase a Phillips "Dream Station BIPAP.".

4.3   The BIPAP was manufactured by the defendant Philips Respironics.

4.4   The use of a BIPAP was prescribed by Lofland's physicians.

4.5   On or about June 14, 2021 Lofland received a recall notification from Philips.

4.6   On August 23, 2021 Philips informed Lofland the resolution of the defect would take some twelve (12) months.

4.7   Philips informed Lofland the recall was necessitated by a dangerous condition in the BIPAP which could be life threatening, cause permanent impairment, and require medical intervention, including "adverse effects to other organ (e.g., kidneys) and toxic carcinogenic affects..."

Complaint-2

LAW OFFICES OF
MEYER, FLUEGGE & TENNEY, P.S.
230 South Second Street - P.O. Box 22680
Yakima, WA 98907-2680
Telephone (509) 575-8500

4.8 At the time of the notice Philips did not have a cure for the defect and was unwilling to offer a replacement.

4.9 Because of medical conditions Lofland needed to utilize a BIPAP and as a result replaced the BIPAP.

4.10 On August 7, 2021 Lofland wrote the Mr. Don Spense, CEO of Phillips requesting reimbursement of the cost of replacing the Philips produce.

4.11 No response was received.

4.12 October 8, 2021 Lofland again wrote Mr. Spense seeking reimbursement.

4.13 Once gain the letter was ignored.

4.14 On November 8, 2021 Lofland received a telephone call from "customer service" at Philips. Lofland was informed Philips would not reimburse the costs of replacing the defective and dangerous product.

## 5. CAUSES OF ACTION

5.1 The defendant Philips has:

(a) Breached the express warranty.

(b) Breached the contract.

(c) Breached the implied warranty the product is safe and will not bring harm to the buyer.

(d) Breached the implied warranty of merchantability that the product was fit for the ordinary purpose for which it is used.

(e) Violated the Washington Consumer Protection Act by its unfair practices.

Complaint-3

LAW OFFICES OF
MEYER, FLUEGGE & TENNEY, P.S.
230 South Second Street · P.O. Box 22680
Yakima, WA 98907-2680
Telephone (509) 575-8500

(f) Violated the Magnuson-Moss Act, 15 USC 2301 et. seq.

## 6. PRAYER FOR DAMAGES

WHEREFORE, the Plaintiff prays the court award:

(a) The cost of replacement of the defective product.

(b) Damages under the Consumer Protection Act.

(c) Damages under the Magnuson-Moss Act

(d) Costs.

(e) Interest.

(f) Attorney Fees

(g) Such other relief as may be appropriate.

DATED this ___ day of November 2021.

GARY E. LOFLAND, WSBA #12150
SEAN WORLEY, WSBA #46734
Meyer, Fluegge & Tenney, P.S. Attorneys for Plaintiff

Complaint-4

## VERIFICATION

I, Gary Lofland, am the Plaintiff in this case. I have read the above Complaint and declare under penalty of perjury under the laws of the State of Washington that I believe the contents to be true and correct to the best of my knowledge.

DATED this __18__ day of November 2021 at Yakima, WA.

_____
Gary Lofland, Plaintiff

Complaint-5

LAW OFFICES OF
MEYER, FLUEGGE & TENNEY, P.S.
230 South Second Street · P.O. Box 22680
Yakima, WA 98907-2680
Telephone (509) 575-8500

IN THE DISTRICT COURT OF WASHINGTON
IN AND FOR THE COUNTY OF YAKIMA

| | |
|---|---|
| GARY LOFLAND, | ) |
| | ) NO. Y21-04980 |
| Plaintiff, | ) |
| | ) SUMMONS (20 DAYS) |
| vs. | ) |
| | ) |
| PHILLIPS NORTH AMERICA, LLC., a | ) |
| Delaware corporation registered with the | ) |
| Washington Secretary of State and doing | ) |
| business in the State of Washington, | ) |
| | ) |
| Defendant. | ) |
| | ) |

To the Defendant: PHILLIPS NORTH AMERICA, LLC.

A lawsuit has been started against you in the above-entitled court by Plaintiff GARY LOFLAND. Plaintiff's claim is stated in the written Complaint, a copy of which is served upon you with this Summons.

In order to defend against this lawsuit, you must respond to the Complaint by stating your defense in writing and serve a copy upon the person signing the Summons within twenty (20) days after the service of this Summons, excluding the

Summons-1

LAW OFFICES OF
MEYER, FLUEGGE & TENNEY, P.S.
230 South Second Street - P.O. Box 22680
Yakima, WA 98907-2680
Telephone (509) 575-8500

day of service, or a default judgment may be entered against you without notice. A default judgment is one where the Plaintiff is entitled to what he asks for because you have not responded. If you serve a notice of appearance on the undersigned person, you are entitled to notice before a default judgment may be entered.

Any response or notice of appearance which you serve on any party in this lawsuit must also be filed by you with the Court within twenty (20) days after the service of the Summons, excluding the day of service.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This Summons is issued pursuant to Rule 4 of the Civil Rules for Courts of Limited Jurisdiction.

DATED this 18 day of November 2021.

GARY E. LOFLAND, WSBA #12150
Meyer, Fluegge & Tenney, P.S.
Attorneys for Plaintiff

Summons-2

LAW OFFICES OF
MEYER, FLUEGGE & TENNEY, P.S.
230 South Second Street - P.O. Box 22680
Yakima, WA 98907-2680
Telephone (509) 575-8500

DEC -8 2021

Meyer, Fluegge & Tenney

RECEIVED
DEC 0 6 2021
District Court

IN THE DISTRICT COURT OF WASHINGTON
IN AND FOR THE COUNTY OF YAKIMA

| | |
|---|---|
| GARY LOFLAND,<br><br>        Plaintiff,<br><br>vs.<br><br>PHILLIPS NORTH AMERICA, LLC., a Delaware corporation registered with the Washington Secretary of State and doing business in the State of Washington,<br><br>        Defendant. | NO. Y21-04980<br><br>FIRST AMENDED COMPLAINT |

COMES NOW Plaintiff GARY LOFLAND, and by way of Complaint against the Defendant states and alleges as follows:

**1. PARTIES**

1.1   The plaintiff Gary Lofland is a married a man who resides in Yakima, Washington.

1.2   The defendant Philips North America LLC. Is a Delaware corporation registered with the Washington Secretary of State and doing business in the State of Washington.

Complaint-1

LAW OFFICES OF
MEYER, FLUEGGE & TENNEY, P.S.
230 South Second Street · P.O. Box 22680
Yakima, WA 98907-2680
Telephone (509) 575-8500

4.9   Because of medical conditions Lofland needed to utilize a BIPAP and as a result replaced the BIPAP.

4.10   On August 7, 2021 Lofland wrote the Mr. Don Spense, CEO of Phillips requesting reimbursement of the cost of replacing the Philips produce.

4.11   No response was received.

4.12   October 8, 2021 Lofland again wrote Mr. Spense seeking reimbursement.

4.13   Once gain the letter was ignored.

4.14   On November 8, 2021 Lofland received a telephone call from "customer service" at Philips. Lofland was informed Philips would not reimburse the costs of replacing the defective and dangerous product.

4.15   Philips was aware of the defects in the BIPAP, the dangers and health hazards as early as November 2015.

4.16   Despite Philips knowledge of the defects in the BIPAP it failed take appropriate action to protect or notify consumers.

## 5. CAUSES OF ACTION

5.1   The defendant Philips has:

(a) Breached the express warranty.

(b) Breached the contract.

(c) Breached the implied warranty the product is safe and will not bring harm to the buyer.

(d) Breached the implied warranty of merchantability that the product was fit for the ordinary purpose for which it is used.

Complaint-3

LAW OFFICES OF
MEYER, FLUEGGE & TENNEY, P.S.
230 South Second Street · P.O. Box 22680
Yakima, WA 98907-2680
Telephone (509) 575-8500

## 2. JURISDICTION

2.1   The District Court as jurisdiction pursuant to RCW 3.66.020.

## 3. VENUE

3.1   Venue is proper in Yakima County pursuant to RCW 4.12.025 because the defendant transacted business in Yakima County.

## 4. FACTUAL BACKGROUND

4.1   Philips manufactures, markets, sells, and distributes a variety of products for sleep and home respiratory care.

4.2   On or about August 22, 2019 Lofland purchase a Phillips "Dream Station BIPAP.".

4.3   The BIPAP was manufactured by the defendant Philips Respironics.

4.4   The use of a BIPAP was prescribed by Lofland's physicians.

4.5   On or about June 14, 2021 Lofland received a recall notification from Philips.

4.6   On August 23, 2021 Philips informed Lofland the resolution of the defect would take some twelve (12) months.

4.7   Philips informed Lofland the recall was necessitated by a dangerous condition in the BIPAP which could be life threatening, cause permanent impairment, and require medical intervention, including "adverse effects to other organ (e.g., kidneys) and toxic carcinogenic affects..."

4.8   At the time of the notice Philips did not have a cure for the defect and was unwilling to offer a replacement.

Complaint-2

LAW OFFICES OF
MEYER, FLUEGGE & TENNEY, P.S.
230 South Second Street · P.O. Box 22680
Yakima, WA 98907-2680
Telephone (509) 575-8500

(e) Violated the Washington Consumer Protection Act by its unfair practices.

(f) Violated the Magnuson-Moss Act, 15 USC 2301 et. seq.

(g) The sale of the BIPAP constituted fraud in factum.

(h) The sale of the BIPAP was the result of fraudulent inducement.

## 6. PRAYER FOR DAMAGES

**WHEREFORE**, the Plaintiff prays the court award:

(a) The cost of replacement of the defective product.

(b) Damages under the Consumer Protection Act.

(c) Damages under the Magnuson-Moss Act

(d) Costs.

(e) Interest.

(f) Attorney Fees

(g) Such other relief as may be appropriate.

Complaint-4

DATED this **6** day of December 2021.



GARY E. LOFLAND, WSBA #12150
SEAN WORLEY, WSBA #46734
Meyer, Fluegge & Tenney, P.S. Attorneys for Plaintiff

## VERIFICATION

I, Gary Lofland, am the Plaintiff in this case. I have read the above Complaint and declare under penalty of perjury under the laws of the State of Washington that I believe the contents to be true and correct to the best of my knowledge.

DATED this **6** day of December 2021 at Yakima, WA.



Gary Lofland, Plaintiff

Complaint-5